UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | : Civil Action File |
| Plaintiff, | : No. 14-cv-08027-LTS |
| v. | : CONSENT JUDGMENT |
| CODA DI BUE LLC d/b/a SAUCE RESTAURANT; KITCHEN TABLE INC. d/b/a FRANK'S RESTAURANT; JUST AN OVEN CORP. d/b/a LIL FRANKIES; RAGUBOY CORP. d/b/a SUPPER RESTAURANT; FRANK PRISINZANO, Individually and as Officer; and ROBERT DEFLORIO, Individually and as Officer, | : |
| Defendants. | : |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED OCT 1 0 2014

Plaintiff, the Secretary of Labor, has filed his Complaint and defendants CODA DI BUE

LLC d/b/a SAUCE RESTAURANT, KITCHEN TABLE INC. d/b/a FRANK'S

RESTAURANT, JUST AN OVEN CORP. d/b/a LIL FRANKIES, RAGUBOY CORP. d/b/a

SUPPER RESTAURANT, FRANK PRISINZANO, Individually and as Officer, and ROBERT

DEFLORIO, Individually and as Officer, (collectively, "Defendants") appeared by Counsel,

waive their answer, and agree to the entry of this judgment without contest. By executing this

Consent Judgment, Defendants waive formal service of process of the summons and complaint

in this matter.

Defendants acknowledge their responsibilities pursuant to this agreement, and

acknowledge that they will be subject to sanctions in contempt of this court if they fail to comply

with the provisions of this Judgment. It is, therefore, upon motion of the attorneys for plaintiff

and for cause shown ORDERED that:

I. Defendants, and their officers, and all of their employees, agents, and persons acting in the Defendants' behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of sections 6, 7, 11(c), 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. Section 201 et seq.), (the "Act"), in any of the following manners:

(1)    Defendants shall not, contrary to Section 6 of the Act, pay to any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at rates less than those which are now, or which in the future may become, applicable under Section 6 of the Act, unless an exemption or exception under the Act applies.

(2)    Unless an exemption or exception under the Act applies, Defendants shall pay their respective employees at time and one-half their regular hourly rates for all hours worked over 40 per week, and shall not, contrary to Section 7 of the Act, employ any of their respective employees in any workweek for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a)(2) of the Act, unless the employee receives compensation in compliance with the Act.

(3)    Defendants shall make, keep, and preserve adequate records of their employees and of the wages, hours, and other conditions and practices of employment maintained by him as prescribed by the Regulations issued pursuant to Section 11(c) of the Act and found at 29 CFR Part 516.

(4)     Defendants shall not violate Section 15(a)(3) of the Act by discharging or in any other manner discriminating against any employee because the employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to the Act, or has testified or is about to testify in such a proceeding, or has served or is about to serve on an industry committee.

II.   ORDERED that defendants CODA DI BUE LLC d/b/a SAUCE RESTAURANT, KITCHEN TABLE INC. d/b/a FRANK'S RESTAURANT, JUST AN OVEN CORP. d/b/a LIL FRANKIES, RAGUBOY CORP. d/b/a SUPPER RESTAURANT, FRANK PRISINZANO, Individually and as Officer, and ROBERT DEFLORIO Individually and as Officer, are enjoined and restrained from withholding the payment of a total of **$56,604.75** in minimum wage and overtime compensation plus post-judgment interest in the amount of **$173.07** due certain employees listed on Exhibit A.

III.   ORDERED that defendants CODA DI BUE LLC d/b/a SAUCE RESTAURANT, KITCHEN TABLE INC. d/b/a FRANK'S RESTAURANT, JUST AN OVEN CORP. d/b/a LIL FRANKIES, RAGUBOY CORP. d/b/a SUPPER RESTAURANT, FRANK PRISINZANO, Individually and as Officer, and ROBERT DEFLORIO Individually and as Officer, shall pay **$36,775.93** in liquidated damages due and owing to Defendants' employees listed in Exhibit A.

IV.  To accomplish the requirements of paragraphs II and III, Defendants shall deliver the following payments:  Payments of back wages and liquidated damages will be made in monthly installments in accordance with the amounts and due dates set forth in Exhibit B.   All installment payments shall be in separate cashier or certified checks made payable to "Wage and Hour Division - Labor" with "Case Nos. 1699708, 1699706, 1682054 and 1699707"

written on the face of each check. Defendants shall send all checks to:

U.S. Department of Labor
Wage & Hour Division
The Curtis Center, Suite 850, West 170
S. Independence Mall West
Philadelphia, PA 19106-3317

Attn: Kim Norwood

V.  Defendants shall send a copy of each of the checks to U.S. Department of Labor, Wage & Hour Division, 26 Federal Plaza, 37th Floor, New York, NY 10278, Attn: Assistant District Director Debbie Lau.

VI. If the Defendants fail to make an installment payment on Exhibit B without making up the arrearage within two weeks, the entire balance shall become due and payable immediately.

VII. ORDERED that neither Defendants nor anyone acting on their behalf shall directly or indirectly solicit or accept the return or refusal of any sums paid as back wages under this Judgment.

VIII.    The plaintiff shall deliver the proceeds of each check less any legal deductions to the employees named on Exhibit A.  Any sums not distributed to the employees or to their personal representatives or estates within a period of three years, because of inability to locate the proper persons or because of such persons' refusal to accept such sums, shall be deposited in the Treasury of the United States as miscellaneous receipts pursuant to 29 U.S.C. § 216(c).

IX. Defendants shall provide to plaintiff the social security numbers (to the extent they were provided by the applicable employees) and last known addresses of the Defendants' employees and former employees to be paid under this judgment within 20 days of the date of entry of this Judgment.

X.      ORDERED that if Defendants fail to make the payments as set forth above, upon notice to the Defendants, the Court shall appoint a Receiver to effectuate all of the terms of this Consent Judgment. In the event a Receiver is appointed:

(1) Defendants shall cooperate with the Receiver in all respects, and shall provide to the Receiver any and all information which the Receiver may require to carry out its appointment and in accordance with the authority given to the Receiver pursuant to applicable law at the time of appointment.

(2) All the expenses of the Receiver shall be borne solely by Defendants.

(3) If the Court appoints a Receiver, the Receiver shall serve until the payment of the monetary terms of this Judgment are satisfied.

(4) The Receiver shall have full authority to: collect the Defendants' assets and report his/her findings to the Court and the parties; to redeem and/or liquidate the Defendants' assets and turn over the proceeds to the Secretary; if the asset is a debt that is due, collect it and turn over the proceeds to the Secretary; to analyze all indebtedness and where deemed appropriate seek restructuring; to analyze all transfers of the defendants' assets; to prevent waste or fraud; and to do all acts and take all measures necessary or proper for the efficient performance of the duties under this Judgment.

XI. ORDERED that Defendants shall place FLSA posters in English and in any other language spoken by the employees. These posters will be provided by the Wage and Hour Division as available. Defendants shall display the posters where employees may view them.

XII. ORDERED that Defendants shall orally inform all their employees in English and in any other language spoken by the employees of the their rights under the Fair Labor Standards Act,

and the terms of this Judgment including the payment of minimum wages and overtime and the rights of employees to engage in activity protected by the Act without fear of retaliation. The defendants shall so inform their employees within thirty (30) days of the entry of Judgment on a workday.

XIII. Neither the commencement of this action nor the provisions of this Consent Judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees of Defendants not listed in Exhibit A of this Judgment, be they current or former employees, to file any action against defendant under section 16(b) of the Act or likewise for any current or former employee listed on Exhibit A of this Judgment to file any action against defendant under section 16(b) of the Act for any violations alleged to have occurred after August 23, 2013.

XIV. Each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.


DATED: October 9, 2014

UNITED STATES DISTRICT JUDGE
Honorable Laura Taylor Swain

Defendants have appeared by the undersigned counsel and consent to the entry of this Judgment.

Coda Di Bue LLC, Kitchen Table
Inc., Just an Oven Corp and
Raguboy Corp BY:

_____
Frank Prisinzano, Owner

_____
Frank Prinsinzano, Individually


Coda Di Bue LLC
BY:
_____
Robert DeFlorio, Owner

_____
Robert DeFLorio, Individually

Gregg L. Brochin
Davis & Gilbert LLP
Attorneys for the Defendants
1740 Broadway
New York, NY 10019
gbrochin@dglaw.com
T:212-468-4950
F:212-974-6946

RESOLVED, that defendant corporation Coda Di Bue LLC d/b/a Sauce Restaurant hereby ratifies and confirms the offer made to THOMAS E. PEREZ, Secretary of Labor, with respect to the violations of the Fair Labor Standards Act of 1938, as amended, alleged in the Complaint and that the said corporation consents to the entry of a judgment against it, said judgment to be entered in an action which has been filed by Thomas E. Perez, Secretary of Labor, against the corporation and the officers of the corporation be, and they hereby are, authorized to do and perform all acts and things necessary to effectuate the provisions of said judgment and any or all stipulations, amendments and changes therein.

The undersigned, Robert Deflorio, owner and officer of Coda Di Bue LLC d/b/a Sauce Restaurant, hereby certifies that the foregoing is a true copy of a resolution adopted by the Corporation, as evidenced by the signature of the officer of the Corporation who is duly authorized to bind the Corporation to the terms of this injunction against it. The undersigned further certifies that Robert Deflorio whose signature appears below is an employee of said corporation and that the undersigned has duly been authorized by said resolution to execute the aforementioned consent to the entry of said judgment on behalf of the corporation.

Robert Deflorio

{{insert

sea

08/12/2014

WILLIAM D GIBBONS
Notary Public - State of New York
NO. 01GI6286844
Qualified in New York County
My Commission Expires Aug 5, 2017

STATE OF  New York )
COUNTY OF New York )  :SS:

On the 12th day of ___August___ , 2014 before me came Robert Deflorio, to me known, who, being by me duly sworn, did depose and say that he is a duly authorized officer of Coda Di Bue LLC, described in and which executed the foregoing instrument, that he signed his name thereto by like order.

NOTARY PUBLIC

WILLIAM D GIBBONS
Notary Public - State of New York
NO. 01GI6286844
Qualified in New York County
My Commission Expires Aug 5, 2017

RESOLVED, that defendant corporation Coda Di Bue LLC d/b/a Sauce Restaurant, Kitchen Table Inc. d/b/a Frank's Restaurant, Just an Oven Corp. d/b/a Lil Frankies and Raguboy Corp., d/b/a Supper Restaurant, hereby ratifies and confirms the offer made to THOMAS E. PEREZ, Secretary of Labor, with respect to the violations of the Fair Labor Standards Act of 1938, as amended, alleged in the Complaint and that the said corporation consents to the entry of a judgment against it, said judgment to be entered in an action which has been filed by Thomas E. Perez, Secretary of Labor, against the corporation and the officers of the corporation be, and they hereby are, authorized to do and perform all acts and things necessary to effectuate the provisions of said judgment and any or all stipulations, amendments and changes therein.

The undersigned, Frank Prisinzano, owner and officer of Coda Di Bue LLC d/b/a Sauce Restaurant, Kitchen Table Inc. d/b/a Frank's Restaurant, Just an Oven Corp. d/b/a Lil Frankies and Raguboy Corp., d/b/a Supper Restaurant, hereby certifies that the foregoing is a true copy of a resolution adopted by the Corporation, as evidenced by the signature of the officer of the Corporation who is duly authorized to bind the Corporation to the terms of this injunction against it. The undersigned further certifies that Frank Prisinzano whose signature appears below is an employee of said corporation and that the undersigned has duly been authorized by said resolution to execute the aforementioned consent to the entry of said judgment on behalf of the corporation.

_____

Frank Prisinzano

{{insert                                                                08/12/14               seal}}

WILLIAM D GIBBONS
Notary Public · State of New York
NO. 01GI6286844
Qualified in New York County
My Commission Expires Aug 5, 2017

STATE OF *New York* )
COUNTY OF *New York* } :SS:

    On the 12 day of ___August___, 2014 before me came Frank Prisinzano, to me known, who, being by me duly sworn, did depose and say that he is a duly authorized officer of Coda Di Bue LLC, Kitchen Table Inc., Just an Oven Corp and Raguboy Corp described in and which executed the foregoing instrument, that he signed his name thereto by like order.

NOTARY PUBLIC

WILLIAM D GIBBONS
Notary Public - State of New York
NO. 01GI6286844
Qualified in New York County
My Commission Expires Aug 5, 2017

|  | Last Name | First Name | Back Wages Due | | Liquidated Damages | | Total Back Wages and Liquidated Damages | | Interest | | Total Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

Exhibit A - Just an Oven Corp dba Lil Frankies

|  | Last Name | First Name | | Back Wages Due | | Liquidated Damages | | Total Back Wages and Liquidated Damages | | Interest | | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MORENO | ARMANDO | $ | 672.93 | $ | 336.46 | $ | 1,009.39 | $ | - | $ | 1,009.39 |
| 2 | LOPI | ASCH | $ | 325.24 | $ | 162.62 | $ | 487.86 | $ | - | $ | 487.86 |
| 3 | OLI | BALASI | $ | 255.59 | $ | 127.80 | $ | 383.39 | $ | - | $ | 383.39 |
| 4 | ANTONIO | BRAVO | $ | 137.75 | $ | 68.88 | $ | 206.63 | $ | - | $ | 206.63 |
| 5 | LUCINO | BRAVO | $ | 173.33 | $ | 86.67 | $ | 260.00 | $ | - | $ | 260.00 |
| 6 | JAMES RYAN | CALDWELL | $ | 165.61 | $ | 82.81 | $ | 248.42 | $ | - | $ | 248.42 |
| 7 | JUAN CARLO | CHINO MESTIZA | $ | 859.02 | $ | 429.51 | $ | 1,288.53 | $ | - | $ | 1,288.53 |
| 8 | RICARDO | COYOTL | $ | 184.50 | $ | 92.25 | $ | 276.75 | $ | - | $ | 276.75 |
| 9 | HENRY | DAVIERO | $ | 459.17 | $ | 229.59 | $ | 688.76 | $ | - | $ | 688.76 |
| 10 | RIGO | DELAROSA | $ | 576.32 | $ | 288.17 | $ | 864.49 | $ | - | $ | 864.49 |
| 11 | LEONCIO | FISCAL | $ | 403.81 | $ | 201.91 | $ | 605.72 | $ | - | $ | 605.72 |
| 12 | MISAEL | FLORES- MORALES | $ | 1,950.13 | $ | 975.07 | $ | 2,925.20 | $ | - | $ | 2,925.20 |
| 13 | MORENO | FRANCISCO | $ | 133.82 | $ | 66.91 | $ | 200.73 | $ | - | $ | 200.73 |
| 14 | KEVIN | GARCIA | $ | 991.65 | $ | 495.82 | $ | 1,487.47 | $ | - | $ | 1,487.47 |
| 15 | MARTIN | GARCIA HERMENEGILD | $ | 591.16 | $ | 295.58 | $ | 886.74 | $ | - | $ | 886.74 |
| 16 | FREDDY | GAZA TORRES | $ | 115.47 | $ | 57.74 | $ | 173.21 | $ | - | $ | 173.21 |
| 17 | GERARDO | GOMEZ | $ | 69.95 | $ | 34.98 | $ | 104.93 | $ | - | $ | 104.93 |
| 18 | ODKON | HERNANDEZ | $ | 949.54 | $ | 474.77 | $ | 1,424.31 | $ | - | $ | 1,424.31 |
| 19 | JUSTIN | HOLM | $ | 48.99 | $ | 24.50 | $ | 73.49 | $ | - | $ | 73.49 |
| 20 | AUREL | IFRIM | $ | 3,352.16 | $ | 1,676.08 | $ | 5,028.24 | $ | - | $ | 5,028.24 |
| 21 | EUGEN | ISPIR | $ | 3,288.02 | $ | 1,644.01 | $ | 4,932.03 | $ | - | $ | 4,932.03 |
| 22 | SANTIAGO | JERONIMO | $ | 791.96 | $ | 395.98 | $ | 1,187.94 | $ | - | $ | 1,187.94 |
| 23 | LAWRENCE | KRAFT | $ | 615.40 | $ | 307.70 | $ | 923.10 | $ | - | $ | 923.10 |
| 24 | LLONDE | MARTINEZ | $ | 55.07 | $ | 27.54 | $ | 82.61 | $ | - | $ | 82.61 |
| 25 | FRANCHESCA | MCCABE GREEN | $ | 277.50 | $ | 138.75 | $ | 416.25 | $ | - | $ | 416.25 |
| 26 | ROBERTO | MENDOZA | $ | 45.89 | $ | 22.95 | $ | 68.84 | $ | - | $ | 68.84 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | LASLO | MERESZ | $ | 203.00 | $ | 101.50 | $ | 304.50 | $ | - | $ | 304.50 |
| 28 | JORDAN | MERZ | $ | 160.28 | $ | 80.14 | $ | 240.42 | $ | - | $ | 240.42 |
| 29 | JAVIER | PUEBLA | $ | 184.41 | $ | 92.21 | $ | 276.62 | $ | - | $ | 276.62 |
| 30 | ALEX | REYES | $ | 323.99 | $ | 162.00 | $ | 485.99 | $ | - | $ | 485.99 |
| 31 | GETULIO | REYES | $ | 132.65 | $ | 66.33 | $ | 198.98 | $ | - | $ | 198.98 |
| 32 | FELIX | ROJAS | $ | 1,086.31 | $ | 543.16 | $ | 1,629.47 | $ | - | $ | 1,629.47 |
| 33 | CATALIN | ROSU | $ | 220.68 | $ | 110.34 | $ | 331.02 | $ | - | $ | 331.02 |
| 34 | KAILAN | RYLEY | $ | 123.91 | $ | 61.96 | $ | 185.87 | $ | - | $ | 185.87 |
| 35 | HECTOR | SOTERO | $ | 508.74 | $ | 254.37 | $ | 763.11 | $ | - | $ | 763.11 |
| 36 | RAMONE | UNKNOWN | $ | 294.88 | $ | 147.44 | $ | 442.32 | $ | - | $ | 442.32 |
| 37 | LOUIS | VALERIO | $ | 275.29 | $ | 137.65 | $ | 412.94 | $ | - | $ | 412.94 |
| 38 | ROBERTO | VARG | $ | 599.12 | $ | 299.56 | $ | 898.68 | $ | - | $ | 898.68 |
| 39 | FRANCISCO | VARGAS | $ | 1,012.14 | $ | 506.07 | $ | 1,518.21 | $ | - | $ | 1,518.21 |
| 40 | FREDDY | VARGAS | $ | 52.44 | $ | 26.22 | $ | 78.66 | $ | - | $ | 78.66 |
| 41 | JASON | WOODSIDE | $ | 42.77 | $ | 21.39 | $ | 64.16 | $ | - | $ | 64.16 |
| | Totals | | $ | 22,710.59 | $ | 11,355.39 | $ | 34,065.98 | $ | - | $ | 34,065.98 |

| | First Name | Last Name | Back Wages Due | | Liquidated Damages | | Total Back Wages and Liquidated Damages | | Interest | | Total Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

Exhibit A - Raguboy Corp dba Supper Restaurant

| | First Name | Last Name | Back Wages Due | | Liquidated Damages | | Total Back Wages and Liquidated Damages | | Interest | | Total Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SYED | ALI | $ | 311.26 | $ | 233.44 | $ | 544.70 | $ | 1.69 | $ | 546.39 |
| 2 | HOMERO | ANDRADE | $ | 459.77 | $ | 344.83 | $ | 804.60 | $ | 2.49 | $ | 807.09 |
| 3 | MIGUEL | ARELLANA | $ | 3,807.15 | $ | 2,855.36 | $ | 6,662.51 | $ | 12.99 | $ | 6,675.50 |
| 4 | KATHLEEN | BOHANNON | $ | 246.28 | $ | 184.71 | $ | 430.99 | $ | 1.34 | $ | 432.33 |
| 5 | PEDRO | COYOTL | $ | 5,460.06 | $ | 4,095.00 | $ | 9,555.00 | $ | 24.39 | $ | 9,579.39 |
| 6 | LAWRENCE | DIAL | $ | 717.33 | $ | 538.00 | $ | 1,255.33 | $ | 2.84 | $ | 1,258.17 |
| 7 | DAVID | GARCIA | $ | 36.34 | $ | 27.25 | $ | 63.59 | $ | 0.25 | $ | 63.84 |
| 8 | MIGUEL | GRANDE | $ | 344.12 | $ | 258.09 | $ | 602.21 | $ | 2.37 | $ | 604.58 |
| 9 | TERESA | KAHRES | $ | 22.50 | $ | 16.87 | $ | 39.37 | $ | 0.09 | $ | 39.46 |
| 10 | JORGE | MANSILLA | $ | 72.50 | $ | 54.37 | $ | 126.87 | $ | 0.39 | $ | 127.26 |
| 11 | RIGERS | MEMAGA | $ | 4,393.90 | $ | 3,295.42 | $ | 7,689.32 | $ | 24.90 | $ | 7,714.22 |
| 12 | SERGIO | MONTES | $ | 3,760.06 | $ | 2,820.04 | $ | 6,580.10 | $ | 25.81 | $ | 6,605.91 |
| 13 | JAVIER | PEREZ | $ | 203.00 | $ | 152.25 | $ | 355.25 | $ | 1.40 | $ | 356.65 |
| 14 | GETULIO | REYES | $ | 33.14 | $ | 24.85 | $ | 57.99 | $ | 0.22 | $ | 58.21 |
| 15 | MIGUEL | SANTIAGO | $ | 135.79 | $ | 101.84 | $ | 237.63 | $ | 0.93 | $ | 238.56 |
| | **Totals** | | **$** | **20,003.14** | **$** | **15,002.32** | **$** | **35,005.46** | **$** | **102.10** | **$** | **35,107.56** |

| First Name | Last Name | Back Wages Due | | Liquidated Damages | | Total Back Wages and Liquidated Damages | | Interest | | Total Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Exhibit A - Coda Di Bue LLC dba Sauce Restaurant

| First Name | Last Name | Back Wages Due | Liquidated Damages | Total Back Wages and Liquidated Damages | Interest | Total Due |
|---|---|---|---|---|---|---|
| MEHABUB | BHUIYAN | $ 69.13 | $ 51.85 | $ 120.98 | $ 0.22 | $ 121.20 |
| ANTONO | BRAVO | $ 137.75 | $ 103.31 | $ 241.06 | $ 0.94 | $ 242.00 |
| CHARLES | CALLAHAN | $ 48.77 | $ 36.58 | $ 85.35 | $ 0.15 | $ 85.50 |
| TESSA | CARLIN | $ 228.48 | $ 171.36 | $ 399.84 | $ 0.71 | $ 400.55 |
| CHRISTOPHER | CUNNINGHAM, | $ 47.13 | $ 35.35 | $ 82.48 | $ 0.15 | $ 82.63 |
| WILLIAM | DOMINGUEZ | $ 56.36 | $ 42.27 | $ 98.63 | $ 0.17 | $ 98.80 |
| LYDIA | DONES | $ 51.51 | $ 38.63 | $ 90.14 | $ 0.17 | $ 90.31 |
| FRANCISCO | DUARTE | $ 81.38 | $ 61.03 | $ 142.41 | $ 0.26 | $ 142.67 |
| SARAH | FISHER | $ 106.35 | $ 79.76 | $ 186.11 | $ 0.34 | $ 186.45 |
| AGUSTIN | FLORES | $ 225.51 | $ 169.13 | $ 394.64 | $ 0.71 | $ 395.35 |
| ANASTACIO | GARCIA | $ 1,025.09 | $ 768.82 | $ 1,793.91 | $ 3.99 | $ 1,797.90 |
| ERIK | HASSERT | $ 84.66 | $ 63.49 | $ 148.15 | $ 0.53 | $ 148.68 |
| ANGEL | HERNANDEZ | $ 418.19 | $ 313.65 | $ 731.84 | $ 2.27 | $ 734.11 |
| DANIEL | LOPEZ | $ 146.32 | $ 109.74 | $ 256.06 | $ 0.58 | $ 256.64 |
| ALENA | LUNEVA | $ 159.18 | $ 119.38 | $ 278.56 | $ 0.63 | $ 279.19 |
| QUENTIN | MARE | $ 203.36 | $ 152.52 | $ 355.88 | $ 0.81 | $ 356.69 |
| GARY | MARTIN | $ 291.05 | $ 218.29 | $ 509.34 | $ 1.58 | $ 510.92 |
| ORLANDO | MORALES | $ 80.56 | $ 60.42 | $ 140.98 | $ 0.32 | $ 141.30 |
| AUDENCIO | NAJERA | $ 351.11 | $ 263.33 | $ 614.44 | $ 1.90 | $ 616.34 |
| JOSE LOUIS | ORTEGA | $ 1,278.93 | $ 971.33 | $ 2,250.26 | $ 8.83 | $ 2,259.09 |
| JUAN | ORTEGA | $ 1,230.40 | $ 910.67 | $ 2,141.07 | $ 6.71 | $ 2,147.78 |
| LUCIANO | PEREZ | $ 181.97 | $ 136.48 | $ 318.45 | $ 0.72 | $ 319.17 |
| JENNIFER | PIAZZA | $ 36.00 | $ 27.00 | $ 63.00 | $ 0.16 | $ 63.16 |
| LUIS O | RODRIGUEZ | $ 269.24 | $ 201.93 | $ 471.17 | $ 1.85 | $ 473.02 |
| ANGELA | SANTORA | $ 105.17 | $ 78.88 | $ 184.05 | $ 0.69 | $ 184.74 |
| JULIA | SASS | $ 150.32 | $ 112.74 | $ 263.06 | $ 0.76 | $ 263.82 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HOLLY | SCHEPP | $ | 38.79 | $ | 29.09 | $ | 67.88 | $ | 0.24 | $ | 68.12 |
| KYLE | VALENTA | $ | 327.30 | $ | 245.47 | $ | 572.77 | $ | 2.04 | $ | 574.81 |
| RAMON | VELASQUES | $ | 483.53 | $ | 362.65 | $ | 846.18 | $ | 2.00 | $ | 848.18 |
| | Totals | $ | **7,913.54** | $ | **5,935.15** | $ | **13,848.69** | $ | **40.43** | $ | **13,889.12** |

| | First Name | Last Name | Back Wages Due | Liquidated Damages | Total Back Wages and Liquidated Damages | Interest | Total Due |
|---|---|---|---|---|---|---|---|
| | | | | | Exhibit A - Kitchen Table Inc dba Franks Restaurant | | |
| 1 | ALUNDEZ | JOSE | $ 72.51 | $ 54.38 | $ 126.89 | $ 0.39 | $ 127.28 |
| 2 | ANTONIO | UNKNOWN | $ 33.33 | $ 25.00 | $ 58.33 | $ 0.08 | $ 58.41 |
| 3 | ATUNDEZ | JOSE | $ 73.78 | $ 55.33 | $ 129.11 | $ 0.40 | $ 129.51 |
| 4 | CASTILLO | DENNIS | $ 169.32 | $ 126.99 | $ 296.31 | $ 0.53 | $ 296.84 |
| 5 | COMONENDE | SEGUNDO | $ 384.17 | $ 288.13 | $ 672.30 | $ 2.08 | $ 674.38 |
| 6 | EDDIE | UNKNOWN | $ 26.09 | $ 19.57 | $ 45.66 | $ 0.15 | $ 45.81 |
| 7 | GRANDE | MARTIN | $ 22.50 | $ 16.87 | $ 39.37 | $ 0.13 | $ 39.50 |
| 8 | LAGUNA | ERIC | $ 489.08 | $ 366.81 | $ 855.89 | $ 3.36 | $ 859.25 |
| 9 | LOPEZ | ENRIQUE | $ 206.91 | $ 155.18 | $ 362.09 | $ 1.12 | $ 363.21 |
| 10 | MATUTE | JUAN | $ 68.88 | $ 51.66 | $ 120.54 | $ 0.37 | $ 120.91 |
| 11 | OJEDA | JAIME | $ 64.02 | $ 48.01 | $ 112.03 | $ 0.82 | $ 112.85 |
| 12 | PAOCOA | ANTONIO | $ 133.32 | $ 99.99 | $ 233.31 | $ 0.52 | $ 233.83 |
| 13 | PELAEZ | MILTON | $ 103.38 | $ 77.53 | $ 180.91 | $ 0.57 | $ 181.48 |
| 14 | PEREZ | VINICIO | $ 40.00 | $ 30.00 | $ 70.00 | $ 0.16 | $ 70.16 |
| 15 | PESANTES | VICTOR | $ 243.61 | $ 182.71 | $ 426.32 | $ 1.68 | $ 428.00 |
| 16 | PINJINL | LOUIS | $ 410.21 | $ 307.65 | $ 717.86 | $ 1.45 | $ 719.31 |
| 17 | QUIJOEA | JOSE | $ 142.33 | $ 106.75 | $ 249.08 | $ 0.36 | $ 249.44 |
| 18 | RAMIREZ | CLAUDIO | $ 1,142.00 | $ 856.50 | $ 1,998.50 | $ 5.49 | $ 2,003.99 |
| 19 | RAMOS | FERNANDO | $ 169.41 | $ 127.05 | $ 296.46 | $ 1.13 | $ 297.59 |
| 20 | SCHMITZ | EVAN | $ 22.60 | $ 16.95 | $ 39.55 | $ 0.07 | $ 39.62 |
| 21 | TACURI | SEGUNDO | $ 646.02 | $ 484.51 | $ 1,130.53 | $ 2.56 | $ 1,133.09 |
| 22 | TIGRE | UNKNOWN | $ 30.97 | $ 23.23 | $ 54.20 | $ 0.17 | $ 54.37 |
| 23 | UNKNOWN | CHEKE | $ 26.67 | $ 20.00 | $ 46.67 | $ 0.11 | $ 46.78 |
| 24 | UZHCA | ANGEL | $ 353.73 | $ 265.30 | $ 619.03 | $ 1.11 | $ 620.14 |
| 25 | UZHCA | ANTONIO | $ 138.38 | $ 103.78 | $ 242.16 | $ 0.65 | $ 242.81 |
| 26 | VALLEJO | EDISON | $ 470.37 | $ 352.78 | $ 823.15 | $ 3.24 | $ 826.39 |

| 27 | VOLYO | WILSON | $ | 293.89 | $ | 220.41 | $ | 514.30 | $ | 1.84 | $ | 516.14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Totals** | $ | **5,977.48** | $ | **4,483.07** | $ | **10,460.55** | $ | **30.54** | $ | **10,491.09** |

| First Name | Last Name | Back Wages Due | | Liquidated Damages | | Total Back Wages and Liquidated Damages | | Interest | | Total Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Exhibit A - Coda Di Bue LLC dba Sauce Restaurant | | | | | | | | | | | |
| MEHABUB | BHUIYAN | $ | 69.13 | $ | 51.85 | $ | 120.98 | $ | 0.22 | $ | 121.20 |

| First Name | Last Name | Back Wages Due | | Liquidated Damages | | Total Back Wages and Liquidated Damages | | Interest | | Total Due | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ANTONO | BRAVO | $ | 137.75 | $ | 103.31 | $ | 241.06 | $ | 0.94 | $ | 242.00 |
| CHARLES | CALLAHAN | $ | 48.77 | $ | 36.58 | $ | 85.35 | $ | 0.15 | $ | 85.50 |
| TESSA | CARLIN | $ | 228.48 | $ | 171.36 | $ | 399.84 | $ | 0.71 | $ | 400.55 |
| CHRISTOPHER | CUNNINGHAM, | $ | 47.13 | $ | 35.35 | $ | 82.48 | $ | 0.15 | $ | 82.63 |
| WILLIAM | DOMINGUEZ | $ | 56.36 | $ | 42.27 | $ | 98.63 | $ | 0.17 | $ | 98.80 |
| LYDIA | DONES | $ | 51.51 | $ | 38.63 | $ | 90.14 | $ | 0.17 | $ | 90.31 |
| FRANCISCO | DUARTE | $ | 81.38 | $ | 61.03 | $ | 142.41 | $ | 0.26 | $ | 142.67 |
| SARAH | FISHER | $ | 106.35 | $ | 79.76 | $ | 186.11 | $ | 0.34 | $ | 186.45 |
| AGUSTIN | FLORES | $ | 225.51 | $ | 169.13 | $ | 394.64 | $ | 0.71 | $ | 395.35 |
| ANASTACIO | GARCIA | $ | 1,025.09 | $ | 768.82 | $ | 1,793.91 | $ | 3.99 | $ | 1,797.90 |
| ERIK | HASSERT | $ | 84.66 | $ | 63.49 | $ | 148.15 | $ | 0.53 | $ | 148.68 |
| ANGEL | HERNANDEZ | $ | 418.19 | $ | 313.65 | $ | 731.84 | $ | 2.27 | $ | 734.11 |
| DANIEL | LOPEZ | $ | 146.32 | $ | 109.74 | $ | 256.06 | $ | 0.58 | $ | 256.64 |
| ALENA | LUNEVA | $ | 159.18 | $ | 119.38 | $ | 278.56 | $ | 0.63 | $ | 279.19 |
| QUENTIN | MARE | $ | 203.36 | $ | 152.52 | $ | 355.88 | $ | 0.81 | $ | 356.69 |
| GARY | MARTIN | $ | 291.05 | $ | 218.29 | $ | 509.34 | $ | 1.58 | $ | 510.92 |
| ORLANDO | MORALES | $ | 80.56 | $ | 60.42 | $ | 140.98 | $ | 0.32 | $ | 141.30 |
| AUDENCIO | NAJERA | $ | 351.11 | $ | 263.33 | $ | 614.44 | $ | 1.90 | $ | 616.34 |
| JOSE LOUIS | ORTEGA | $ | 1,278.93 | $ | 971.33 | $ | 2,250.26 | $ | 8.83 | $ | 2,259.09 |
| JUAN | ORTEGA | $ | 1,230.40 | $ | 910.67 | $ | 2,141.07 | $ | 6.71 | $ | 2,147.78 |
| LUCIANO | PEREZ | $ | 181.97 | $ | 136.48 | $ | 318.45 | $ | 0.72 | $ | 319.17 |
| JENNIFER | PIAZZA | $ | 36.00 | $ | 27.00 | $ | 63.00 | $ | 0.16 | $ | 63.16 |
| LUIS O | RODRIGUEZ | $ | 269.24 | $ | 201.93 | $ | 471.17 | $ | 1.85 | $ | 473.02 |
| ANGELA | SANTORA | $ | 105.17 | $ | 78.88 | $ | 184.05 | $ | 0.69 | $ | 184.74 |
| JULIA | SASS | $ | 150.32 | $ | 112.74 | $ | 263.06 | $ | 0.76 | $ | 263.82 |

Exhibit A - Coda Di Bue LLC dba Sauce Restaurant

| HOLLY | SCHEPP | $ | 38.79 | $ | 29.09 | $ | 67.88 | $ | 0.24 | $ | 68.12 |

| KYLE | VALENTA | $ | 327.30 | $ | 245.47 | $ | 572.77 | $ | 2.04 | $ | 574.81 |
| RAMON | VELASQUES | $ | 483.53 | $ | 362.65 | $ | 846.18 | $ | 2.00 | $ | 848.18 |
| | Totals | $ | **7,913.54** | $ | **5,935.15** | $ | **13,848.69** | $ | **40.43** | $ | **13,889.12** |

**Exhibit B**

| Payment No. | Due on or Before | Back Wage and Liquidated Damages Principal | | Post-judgment Interest | | Total Payment Due | |
|---|---|---|---|---|---|---|---|
| 1* | 5/15/2014 | $ | 34,065.98 | $ | - | $ | 34,065.98 |
| 2* | 5/30/2014 | $ | 2,709.95 | $ | - | $ | 2,709.95 |
| 2 | 6/30/2014 | $ | 7,175.83 | $ | 23.76 | $ | 7,199.59 |
| 3 | 7/30/2014 | $ | 9,885.78 | $ | 48.59 | $ | 9,934.37 |
| 4 | 8/30/2014 | $ | 9,885.78 | $ | 32.94 | $ | 9,918.72 |
| 5 | 9/30/2014 | $ | 9,885.78 | $ | 20.42 | $ | 9,906.20 |
| 6 | 10/30/2014 | $ | 9,885.78 | $ | 24.32 | $ | 9,910.10 |
| 7 | 11/30/2014 | $ | 9,885.80 | $ | 23.04 | $ | 9,908.84 |
| | | $ | 93,380.68 | $ | 173.07 | $ | 93,553.75 |